# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Godbey, David C. | Northern District of Texas | 01/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (nominee) | X Nomination, Date 01/23/2002 <br> ___ Initial ___ Annual ___ Final | 01/01/2001 to 01/28/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 160th District Court <br> 600 Commerce St., Suite 493 <br> Dallas, Texas 75202 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2000 | State of Texas - judicial salary | $106,700 |
| 2 | 2000 | Dallas County - judicial salary | $9,300 |
| 3 | 2000 | self-employed, lawyer | |
| 4 | 2001 | State of Texas - judicial salary | $106,700 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Chase | credit line | K |
| 2 | MBNA | credit card | K |
| 3 | Citibank | credit card | J |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Wendland Farms Products Liquidating Trust | B | Distribution | J | W | exempt | | | | |
| 2 Vanguard 500 Index Fund | A | Dividend | L | T | | | | | |
| 3 Chase Accounts | A | Interest | K | T | | | | | |
| 4 Merrill Lynch S&P 500 Index Fund Class A | A | Dividend | M | T | | | | | |
| 5 Merrill Lynch PIMCO Low Duration Fund Class A | A | Dividend | | | | | | | |
| 6 Merrill Lynch MFS Total Return Class A | A | Dividend | J | T | | | | | |
| 7 Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 8 TXU common stock | A | Dividend | | | | | | | |
| 9 Dominion Res. common stock | A | Dividend | | | | | | | |
| 10 Employers Retirement System of Texas | B | Interest | K | T | | | | | |
| 11 Wendland Farms Joint Venture | | None | K | W | | | | | |
| 12 Durban Roodepoort Deep Ltd. common stock | A | Dividend | | | | | | | |
| 13 Haliburton Co. common stock | A | Dividend | | | | | | | |
| 14 MGI Pharma, Inc. common stock | A | Dividend | | | | | | | |
| 15 Paine Webber S&P 500 Fund | A | Dividend | J | T | | | | | |
| 16 Paine Webber S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 17 SPY (S&P 500 security) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 MDY (S&P Midcap 400 security) | | None | J | T | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

**SECTION HEADING.**   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
| --- | --- | --- | --- |
| 5 | 2001 | Dallas County - judicial salary   $9,300 | |
| 6 | 2001 | self-employed, lawyer | |
| 7 | 1/2002 | State of Texas - judicial salary   $8475 | |
| 8 | 1/2002 | Dallas County - judicial salary   $775 | |
| 9 | 1/2002 | self-employed, lawyer | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date __1/28/02__

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

> **Committee on Financial Disclosure**
> **Administrative Office of the United States Courts**
> **One Columbus Circle, N.E.**
> **Suite 2-301**
> **Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $16,426 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | | Notes payable to banks-unsecured | $21,017 |
| Listed securities-add schedule | $275,970 | Notes payable to relatives | $32,911 |
| Unlisted securities--add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | $32,911 | Unpaid income tax | $55,000 |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | $414,731 |
| Real estate owned-add schedule | $590,000 | Chattel mortgages and other liens payable | $31,164 |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | $29,750 | Visa | $16,388 |
| Cash value-life insurance | | MBNA Mastercard | $18,627 |
| Other assets itemize: | | | |
| Wendland Farm Products Liquidating Trust | $0 | | |
| Wendland Farms Joint Venture | $0 | | |
| Employees Retirement System of Texas | $45,434 | Total liabilities | $589,838 |
| | | Net Worth | $400,653 |
| Total Assets | $990,491 | Total liabilities and net worth | $990,491 |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | none | Are any assets pledged? (Add schedule) | no |
| On leases or contracts | none | Are you defendant in any suits or legal actions? | no |
| Legal Claims | none | Have you ever taken bankruptcy? | no |
| Provision for Federal Income Tax | none | | |
| Other special debt | none | | |